UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:17-cv-11884-DJC

RAOUL MARRADI,

    Plaintiff,

vs.

AQUA PAZZA, INC.,
and 176 NORTH STREET LLC,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 5th day of June, 2018.

Respectfully submitted,

The Plaintiff,
By his attorneys,

/s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone: (978) 397-2400
Facsimile: (978) 455-1817
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

/s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

The Defendants,
By their attorneys,

/s/Marshall F. Newman, Esq.
Marshall F. Newman, Esq.
E-mail: mnewman@newmanlegal.com
Massachusetts Bar No.: 370560
/s/Richard Joyce, Esq.
Richard Joyce, Esq.
E-mail: rjoyce@ndwmanlegal.com
Massachusetts Bar No.: 641495
Newman & Newman, P.C.
One McKinley Square
Boston, Massachusetts 02109
Telephone: (617) 227-3361
Counsel for Defendant
Aqua Pazza, Inc.

/s/Barry C. Klickstein, Esq.
Barry C. Klickstein, Esq.
Day Pitney LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 345-4600
Facsimile: (617) 345-4745
E-mail: bklickstein@daypitney.com
Massachusetts Bar No.: 275160
Counsel for Defendant
176 North Street, LLC

CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on <u>June 5, 2018</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Marshall F. Newman, Esq., Richard Joyce, Esq., and Barry C. Klickstein, Esq.

    WE HEREBY CERTIFY that on <u>June 5, 2018</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

    By:    <u>/s/Todd W. Shulby, Esq.</u>
                Todd W. Shulby, Esq.